# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cox, Emmett R | U.S. Court of Appeals | 04/18/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 113 St. Joseph Street <br> Room 433 <br> Mobile, AL 36602 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Murray House, a fee-for-service assisted living facility operated by the Episcopal Diocese of the Central Gulf Coast |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

$\boxed{X}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

$\boxed{\phantom{X}}$ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | National Society of Colonial Dames of America in the State of Alabama - wages |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

$\boxed{X}$ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NationsBank, N.A. | Secured promissory note | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds (EE) | | None | J | T | | | | | |
| 2. EuroPacific Growth (Mutual Fund) | B | Dividend | K | T | | | | | |
| 3. Investment Company of America (Mutual Fund) | A | Dividend | J | T | Partial Sale | 04/28 | J | D | |
| 4. Legg Mason Value Trust (Mutual Fund) | | None | | | Sell | 08/10 | J | D | |
| 5. AmSouth Bank, NA (Account) | A | Interest | J | T | | | | | |
| 6. BankTrust (Accounts) | A | Interest | J | J | | | | | |
| 7. Saks, Inc. (Common Stock) | | None | | | Sell | 02/16 | J | | |
| 8. Saks, Inc. (Common Stock) | | None | | | Sell | 02/16 | J | | |
| 9. Schering Plough Corp. (Common Stock) | | None | | | Sell | 02/16 | J | | |
| 10. Invesco Dynamics Fund nka AIM Dynamics Fund (Mutal Fund) | | None | | | Redemption | 04/11 | J | B | |
| 11. General Electric Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 12. UBS Cashfund, Inc. (Money fund) | | None | J | T | | | | | |
| 13. Payden Global Fixed Income Fund - Cl R (Mutual Fund) | A | Dividend | | | Partial Sale | 04/25 | J | | |
| 14. Payden Global Fixed Income Fund - CL R (Mutal Fund) | | None | | | Sell | 11/16 | J | | |
| 15. Loomis Sayles Global Bond Fund Retail Class (Mutual Fund) | | None | | | Buy | 08/15 | J | | |
| 16. Loomis Sayles Global Bond Fund Retail Class (Mutual Fund) | | None | | | Sell | 11/16 | J | | |
| 17. Southern Co. (Common Stock) | A | Dividend | J | T | Buy | 02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The Vanguard Value Index Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 19. Harbor Capital Appreciation Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 20. Harris Assoc. Invt. Trust; Oakmark Int'l Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 21. Longleaf Partners Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 22. Managers Funds, Special Equity Fund (Mutual Fund) | A | Dividend | J | T | Partial Sale | 02/28 | J | D | |
| 23. Matthews Asian Growth & Income Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 24. Metropolitan West Low Duration Bond Fund (Mutual Fund) | B | Dividend | | | Buy | 03/22 | J | | |
| 25. Metropolitan West Low Duration Bond Fund (Mutual Fund) | | None | | | Partial Sale | 04/19 | J | | |
| 26. Metrpolitan West Low Duration Bond Fund (Mutual Fund) | | None | | | Partial Sale | 0721 | J | | |
| 27. Metropolitan West Low Duration Bond Fund (Mutual Fund) | | None | | | Partial Sale | 10/07 | J | | |
| 28. Metropolitan West Low Duration Bond Fund (Mutual Fund) | | None | | | Partial Sale | 10/26 | J | | |
| 29. Metropolitan West Low Duration Bond Fund (Mutual Fund) | | None | | | Sell | 11/16 | J | | |
| 30. Northeast Investors Trust (Mutual Fund) | A | Dividend | J | T | | | | | |
| 31. Oak Value Trust Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 32. Oppenheimer Real Asset Fund CL A (Mutual Fund) | B | Dividend | J | T | | | | | |
| 33. Pimco Total Return Fund II Instl. CL (Mutual Fund) | A | Dividend | K | T | | | | | |
| 34. TCW Galileo Fds, Inc. Select Equities Fd CL N (Mutual Fund) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Third Avenue Real Estate Value Fd (Mutual Fund) | A | Dividend | J | T | Partial Sale | 10/26 | J | B | |
| 36. TD Waterhouse Money Market | A | Dividend | J | T | | | | | |
| 37. Army Aviation Center FCU (Account) | A | Interest | J | T | | | | | |
| 38. The Vanguard GNMA Fund, Investor Shares (Mutual Fund) | A | Dividend | J | T | | | | | |
| 39. Franklin Templeton Funds Alabama T/F Income Fund CL A (Mutua | | None | K | T | Buy | 11/17 | K | | |
| 40. Pimco FDS Developing Local MKT FD (Mutal Fund) | A | Dividend | J | T | Buy | 11/21 | J | | |
| 41. Rainier Investment MGMT (Mutual Fund) | A | Dividend | J | T | Buy | 02/28 | J | | |
| 42. Julius Baer INVT FDS (Mutal Fund) | | None | | | Buy | 02/28 | J | | |
| 43. Julius Baer INVT FDS (Mutual Fund) | | None | | | Sell | 10/26 | J | A | |
| 44. AMCAP Fund Inc. (Mutual Fund) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 45. Ariel Appreciation Fund-CL A (Mutual Fund) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 46. Artisan Funds Inc. Int'l Fund (Mutual Fund) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 47. Franklin Templeton Funds Alabama T/F Income Fund (Mutual Fun | A | Dividend | K | T | Buy | 11/17 | K | | |
| 48. Harris Associates INVT Trust Oakmark Select Fund (Mutual Fun | A | Dividend | J | T | Buy | 03/22 | J | | |
| 49. Harris Associates INVT Trust Oakmark Int'l Fund (Mutual Fund | A | Dividend | J | T | Buy | 03/22 | J | | |
| 50. JP Morgan TR II US Real Estate FD (Mutual Fund) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 51. JP Morgan TR II US Real Estate FD (Mutual Fund) | | None | | | Partial Sale | 11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Julius Baer INVT FD Int'l Equity FD (Mutual Fund) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 53. Laudus TR Rosenberg US Discovery FD (Mutual Fund) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 54. Oppenheimer Developing Markets Fund (Mutual Fund) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 55. Pimco Commodity Real Return Strategy Fund (Mutual Fund) | B | Dividend | J | T | Buy | 03/22 | J | | |
| 56. Pimco Commidity Real Return Strategy Fund (Mutual Fund) | | None | | | Partial Sale | 10/26 | J | A | |
| 57. Selected American Shares Inc. (Mutual Fund) | A | Dividend | K | T | Buy | 03/22 | K | | |
| 58. Sit Tax-Free Income FD (Mutual Fund) | A | Dividend | J | T | Buy | 03/30 | J | | |
| 59. Sit Tax-Free Income FD (Mutual Fund) | | None | | | Partial Sale | 04/25 | J | | |
| 60. Third Avenue Value Fund Inc. (Mutual Fund) | A | Dividend | J | T | Buy | 03/22 | J | | |
| 61. Turner Funds (Mutual Fund) | | None | J | T | Buy | 03/22 | J | | |
| 62. Vanguard INFL-Protected Secs (Mutual Fund) | B | Dividend | K | T | Buy | 03/22 | K | | |
| 63. Vanguard INFL-Protected Secs (Mutual Fund) | | None | | | Partial Sale | 10/27 | K | | |
| 64. Baron Small Cap Fund (Mutual Fund) | | None | | | Buy | 03/22 | J | | |
| 65. Baron Small Cap Fund (Mutual Fund) | | None | | | Sell | 10/26 | J | | |
| 66. Loomis Sayles Global Bond Fund (Mutual Fund) | | None | | | Buy | 03/22 | K | | |
| 67. Loomis Sayles Global Bond Fund (Mutual Fund) | | None | | | Sell | 11/16 | K | | |
| 68. Pimco Total Return Fund II Instl (Mutual Fund) | A | Dividend | | | Buy | 03/22 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal U =Book Value | V =Other | S =Assessment W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pinco Total Return Fund II Instl (Mutual Fund) | | None | | | Sell | 11/16 | J | | |
| 70. TD Waterhouse Money Market | A | Dividend | J | T | Buy | 03/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Per note on 2004 Financial Disclosure Report regarding the RICH Group (investment group), all assets were sold in their entirety on 12/03/04 and the gain on the sale was reported in the 2004 Financial Disclosure Report; disbursements were made, however, in January 2005.

On the 2004 Financial Disclosure Report, US Airways Group, Inc. (common stock) is listed on Line #32. During the reporting period for 2005, this stock's value fell below the threshold reporting amount and therefore is not listed on the 2005 Financial Disclosure Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Emmett R | 04/18/2006 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                          Date  apr. 18, 2006

NOTE: A▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ALSIFIES OR FAILS TO   ILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI▮

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544